UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

LAURA K. MAIS,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.

_____/

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3. With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

4. With respect to Plaintiff's claim under the TCPA, the Court has both diversity jurisdiction under 28 U.S.C. §1332 and supplemental jurisdiction under 28 U.S.C. §1367. The citizenship of the parties are diverse, Florida and New York. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

5. Plaintiff, LAURA K. MAIS, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant, FIRSTSOURCE ADVANTAGE, LLC, is a limited liability company. All its members are citizens of the State of New York with its principal place of business at 205 Bryant Woods South, Amherst, New York 14228.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

12.     Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

<u>November 4, 2009 at 5:10 PM – Pre-Recorded Message</u>
This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>November 13, 2009 at 5:18 PM – Pre-Recorded Message</u>
--fidential. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>November 14, 2009 at 10:09 AM – Pre-Recorded Message</u>
--fidential. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>November 18, 2009 at 5:08 PM – Pre-Recorded Message</u>
--fidential. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>November 21, 2009 at 11:08 AM – Pre-Recorded Message</u>
--fidential. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>November 28, 2009 at 10:14 AM – Pre-Recorded Message</u>
--fidential. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>November 30, 2009 at 5:10 PM – Pre-Recorded Message</u>
--fidential. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>December 3, 2009 at 5:06 PM – Pre-Recorded Message</u>
Confiden—. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message.

By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>December 9, 2009 5:10 PM – Pre-Recorded Message</u>
Confiden—. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>December 15, 2009 at 5:06 PM – Pre-Recorded Message</u>
Confiden—. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>December 15, 2009 at 6:17 PM – Pre-Recorded Message</u>
--fidential. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

<u>December 16, 2009 at 5:00 PM – Pre-Recorded Message</u>
Confiden—. This is a confidential and important message meant solely for Laura K. Mais. If you are not Laura K. Mais, do not listen to this message. By continuing to listen to this message, you are acknowledging that you are Laura K. Mais. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt

to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 800-430-7345. Thank you.

13. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

14. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

15. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone in excess of 50 occasions.

16. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

17. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

18. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

19. Plaintiff incorporates Paragraphs 1 through 16.

6

20. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), <u>Clarke, Kerryjoe N.. v Weltman, Weinberg & Reis, Co., et al.,</u> Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

### COUNT II
### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

21. Plaintiff incorporates Paragraphs 1 through 16.

22. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. a declaration that Defendant's calls violate the TCPA;

c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>
> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
>   Donald A. Yarbrough, Esq.
>   Florida Bar No. 0158658