UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62440-CIV-ZLOCH

LAURA K. MAIS,

     Plaintiff,

                                           **FINAL ORDER OF DISMISSAL**

vs.

FIRSTSOURCE ADVANTAGE, LLC,

     Defendant.

_____/

     THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 14) filed herein by all Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

     Accordingly, after due consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1. The Joint Stipulation For Dismissal With Prejudice (DE 14) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

     2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

     3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ 31_____ day of August, 2011.

                                       _____

                        WILLIAM J. ZLOCH
                        United States District Judge

Copies furnished:

All Counsel of Record